# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147493(55)

STACY ANN YOST,
      Plaintiff-Appellant,

v

HOWARD RUDOLF FALKER,
      Defendant-Appellee.

_____/

SC: 147493
COA: 306774
Macomb CC: 2009-004802-NI

      On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing her reply brief is GRANTED. The brief submitted on October 22, 2013, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2013



Clerk